Marcelleus J. **BORELL**

v.

The **NEW YORK, CHICAGO & ST. LOUIS RAILROAD COMPANY, Appellant.**

No. 13908.

United States Court of Appeals Third Circuit.

Argued May 15, 1962.

Decided May 23, 1962.

Earl F. Reed, Jr., Pittsburgh, Pa. (Clyde A. Armstrong and Thorp, Reed & Armstrong, Pittsburgh, Pa., on the brief), for appellant.

James E. McLaughlin, Pittsburgh, Pa. (John A. DeMay and McArdle, Harrington & McLaughlin, Pittsburgh, Pa., on the brief), for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error. The judgment of the District Court will be affirmed.

Hugh R. **SHARP**, Jr. and Ada B. W. Sharp, His Wife, Appellants,

v.

**UNITED STATES** of America.

Bayard **SHARP** and Mary M. Sharp, His Wife, Appellants,

v.

**UNITED STATES** of America.

Nos. 13920, 13921.

United States Court of Appeals Third Circuit.

Argued May 17, 1962.

Decided May 23, 1962.

Gordon W. Gerber, Philadelphia, Pa. (Kenneth W. Gemmill, Dechert, Price & Rhoads; Philadelphia, Pa., William S. Potter, Berl, Potter & Anderson, Wilmington, Del., of counsel, on the brief), for appellants.

William Friedlander, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson and Robert N. Anderson, Attys., Department of Justice, Washington, D. C., Alexander Greenfeld, U. S. Atty., Stanley C. Lowicki, Asst. U. S. Atty., on the brief), for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error. The judgment of the District Court will be affirmed on the well-reasoned opinion of Judge Layton, 199 F. Supp. 743.